CRUMB v. THE STATE.

ATKINSON, Presiding Justice. This case is controlled by the decision of this court this day rendered in the case of *Crumb* v. *State, ante,* 547.

*Judgment reversed. All the Justices concur.*

No. 16709.   JULY 12, 1949.

*Daniel Duke,* for plaintiff in error.
*Phillip Sheffield, Solicitor,* and *A. H. Gray,* contra.